UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EARNESTINE SLEDGE,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, LLC, *et al.*,

    Defendants.

Case No. 3:21-cv-312

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER OF REFERENCE TO THE UNITED STATES MAGISTRATE JUDGE**

---

Pursuant to 28 U.S.C. §§ 636(b)(1)(A), (B), and (C) and 636(b)(3), the above-captioned matter is hereby referred to the assigned United States Magistrate Judge from the date of this Order until the discovery deadline. During the referral period, the District Judge retains discretion to manage the case, including conducting a preliminary pretrial conference.[1]

The Magistrate Judge to whom the case is referred is hereby authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute except that, unless specifically ordered, the following motions are not referred, regardless of when they may be filed: (1) motions for temporary restraining order or preliminary injunction; (2) dispositive motions, including Rule 12 motions and Rule 56 motions for summary judgment; (3) motions for class certification; (4) motions *in limine* relating to the admission of evidence at trial; and (5) motions for default judgment.[2] The Court anticipates that the assigned Magistrate Judge will have at least

---

[1] The Court expects that counsel of record and *pro se* parties to review, and become familiar with, Judge Newman's Standing Order Governing Civil Cases. Judge Newman's civil standing order shall apply in tandem with the Local Civil Rules of the U.S. District Court for the Southern District of Ohio and shall govern this case in its entirety.
[2] Certain categories of cases are referred to the United States magistrate judge to perform any and all functions authorized for full-time magistrate judges by statute. *See* Dayton General Order, No. 21-01 (S.D.

three points of contact with the parties during the discovery period, including a status conference prior to the discovery deadline to confirm that discovery is, in fact, complete.

**IT IS SO ORDERED.**

Date:   November 18, 2021                           s/Michael J. Newman
                                                                                  Hon. Michael J. Newman
                                                                                   United States District Judge

---

Ohio Aug. 24, 2021).  These cases include, *inter alia*, IRS summonses, government loans, Miller Act cases, post-conviction relief matters, Social Security disability appeals, and all post-judgment proceedings in aid of execution.  *Id*.  In addition, other cases may be referred for full disposition upon the unanimous consent of the parties.  *See* 28 U.S.C. § 636(c).