## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EARNESTINE SLEDGE, | : | Case No. 3:21-cv-312 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| MACY'S RETAIL HOLDINGS, LLC, *et al*., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay.  For good cause shown, the parties' Joint Motion to Stay (Doc. No. 9) is hereby **GRANTED**, and this matter shall be stayed pending the completion of arbitration.  The parties are **ORDERED** to file a status report by October 3, 2022 if arbitration is not yet complete.  The parties are further **ORDERED** to notify the Court no later than 14-days after the completion of arbitration.

   **IT IS SO ORDERED.**

December 27, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge