UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EARNESTINE SLEDGE,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, LLC, *et al.*,

    Defendants.

Case No. 3:21-cv-312

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER: (1) GRANTING PARTIES' REQUEST TO EXTEND THE STAY OF PROCEEDINGS UNTIL ARBITRATION IS COMPLETE (DOC. NO. 13); (2) REQUIRING THE PARTIES TO FILE A STATUS REPORT BY JANUARY 3, 2023; AND (3) REQUIRING THE PARTIES TO NOTIFY THE COURT NO MORE THAN 14 DAYS AFTER ARBITRATION IS COMPLETE

---

This civil case is presently before the Court on the parties' joint status report. Doc. No. 13. The parties are still engaged in arbitration and request that the Court extend the stay of the instant case until arbitration is complete. The Court **GRANTS** the parties' request to extend the stay of this case until arbitration is complete. The Court **ORDERS** the parties to file a status report by January 3, 2023. The Court also **ORDERS** the parties to notify the Court no more than 14 days after arbitration is complete.

    **IT IS SO ORDERED.**

  October 6, 2022                                     s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                             United States District Judge